IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

       Plaintiff,

      vs.

ALJAY ERSHAL CRUTCHER,

       Defendant.

_____/

3:09-cr-00130-HDM-RAM

ORDER

The court hereby restates the modification to the Defendant's Supervised Release as ordered at the hearing held on August 25, 2011 as follows:

Defendant shall participate pursuant to public law, in a community corrections center (Port of Hope Facility) for a period of up to 180 days, to include prerelease component, day reporting and home confinement at the discretion of the Community Corrections Manager and United States Probation Officer. The defendant shall observe the rules of the program and understands that removal from the program may occur for violations of Bureau of Prisons rules, program rules or the terms of supervised release. The defendant is responsible for all medical and dental expenses that may be incurred during participation in the program.

**IT IS SO ORDERED.**

Dated this 14th day of September, 2011.

_Howard D. McKibben_

_____
Howard D. McKibben
SENIOR UNITED STATES DISTRICT JUDGE